COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      In re Commitment of William Lee Hill

Appellate case number:   01-21-00385-CV

Trial court case number:  1291462Z

Trial court:             180th District Court of Harris County

      Appellant's motions for rehearing and for en banc reconsideration filed on December 27, 2022, are DENIED. It is so ORDERED.

Judge's signature: _/s/ Richard Hightower_____
                  Acting for the Court

Date: _February 14, 2023_____

The panel consists of Justices Landau, Hightower, and Radack.[1]

The en banc court consists of Chief Justice Terry Adams and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, Farris, and Radack.

---

[1]      The Honorable Sherry Radack, Senior Justice, Court of Appeals, First District of Texas at Houston, sitting by assignment.